Dismissed and Opinion filed November 20, 2003









Dismissed and Opinion filed November 20, 2003.

 

In The

 

Fourteenth Court
of Appeals

____________

 

NO. 14-02-01284-CV

____________

 

DEBRA FAYE RASHTI COHEN, DONNA
KAY RASHTI, 

DENISE JAYE RASHTI, AND MICHAEL ALAN
RASHTI, Appellants

 

V.

 

THOMAS BERRY, Appellee

 



 

On Appeal from the
281st District Court

Harris County, Texas

Trial Court Cause No.
98-56375

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment
signed November 6, 2002.

On November 7, 2003, the appellants filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

 








Accordingly, the appeal is ordered dismissed.

 

 

 

/s/        Kem Thompson Frost

Justice

 

Judgment rendered
and Memorandum Opinion filed November 20, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.